BEFORE THE THIRD DIVISION, APRIL 19, 1944

**No. 49356.**—Protests 983157–G, etc., of Crosse & Blackwell Co. et al. (Baltimore, etc.).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, APRIL 20, 1944

**No. 49357.**—Protest 943959–G of Suen Mark Co. (San Francisco).

Opinion by COLE, J.   The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247).   In accordance with stipulation of counsel and on the authority of said cited case the merchandise in question was found to contain salt and therefore excluded from paragraph 5.   The protest was sustained to this extent.

**No. 49358.**—Protests 846016–G, etc., of Suen Mark & Co. (San Francisco).

Opinion by COLE, J.   The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247).   In accordance with stipulation of counsel and on the authority of said cited case the merchandise in question was found to contain salt and therefore excluded from paragraph 5.   The protests were sustained to this extent.

BEFORE THE THIRD DIVISION, APRIL 20, 1944

**No. 49359.**—Protests 35476–K, etc., of James H. Rhodes & Co. (New York).

Opinion by KEEFE, J.   From the testimony of the vice president of the importing firm and the records in *Stein* v. *United States*, 6 Cust. Ct. 443, C. D. 511 (including exhibit 1), and *Pearson* v. *United States*, T. D. 47136 (including exhibit 5), affirmed in 23 C. C. P. A. 35 (T. D. 47684), which records were incorporated herein, the protests were sustained as to certain Tam O'Shanter octagon sharpening hones, 7½–8 inches by 3–4 inches, the Tam O'Shanter joiners hones, 6–7 inches by 2 inches by ¾–1 inch, and Tam O'Shanter octagon blocks 7½–8 inches, and 25 percent of such stones involved as measuring 8–10 inches by 2½–4 inches.

**No. 49360.**—Protest 8361–K of W. X. Huber Co. (Los Angeles).